# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 97-08042-CR-HURLEY/JOHNSON

UNITED STATES OF AMERICA,
   Plaintiff,

v.

GEORGE AARON KLIENBACH,
   Defendant.

-------------------------------------------/

## ORDER ADOPTING REPORT AND
## RECOMMENDATIONS AND SETTING HEARING

**THIS CAUSE** come before the court upon written report from the United States Probation

Office that the above named defendant violated the conditions of supervision and upon the report

and recommendations of a United States Magistrate Judge.  Upon consideration, it is

**ORDERED** and **ADJUDGED** that:

1. The Magistrate Judge's report and recommendations are **adopted**.

2. A sentencing hearing will be conducted on **Friday, March 6, 2009**, at **3:00 p.m.** in

Courtroom 5, at the U.S. Courthouse, 701 Clematis Street, West Palm Beach, Florida.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 4th day of

February, 2009.

**copy furnished:**
AUSA John C. McMillan, Jr.
AFPD Jonathan Pinoli
United States Marshal's Service
United States Probation Office

Daniel T. K. Hurley
United States District Judge